# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2182
Lower Tribunal No. F00-10701
_____


**Dominique Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Christine Bandin, Judge.

Dominique Smith, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and EMAS, and LINDSEY, JJ.

PER CURIAM.

Affirmed.